1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11  CHRISTINA BRACE,                    )        CASE NO. CV10-3942-AHM (FFMx)
                                        )
12              Plaintiff(s),           )        ORDER DISMISSING CIVIL ACTION
                                        )        BY VIRTUE OF SETTLEMENT
13         v.                           )
                                        )
14  ER SOLUTIONS, INC.,                 )
                                        )
15              Defendant(s).           )
                                        )
16                                      )
                                        )
17  _____ )

18         The Court having been advised by the parties that the above-entitled action

19  has been settled;

20         IT IS THEREFORE ORDERED that this action is dismissed without

21  prejudice to the right, upon good cause shown within 40 days, to request a status

22  conference be scheduled if settlement is not consummated.

23         IT IS SO ORDERED.

24  Date: September 3, 2010

25                                              _____
26                                              A. Howard Matz
                                                United States District Court Judge
27  **JS-6**

28